UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PATRICK JOLVETTE, | No. 2:21-cv-00407-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITAION, et al., | |
| Defendants. | |

On July 6, 2021, Plaintiff filed a document the Court construes as a request for reconsideration of the magistrate judge's order filed June 15, 2021 dismissing Plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

///

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 15, 2021, is AFFIRMED.

DATED: July 30, 2021

Troy L. Nunley
United States District Judge